DOWNEY BRAND LLP
MEGHAN M. BAKER (SBN 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:  (916) 444-1000
Facsimile:  (916) 444-2100
mbaker@downeybrand.com

THOMPSON COBURN LLP
Thomas A. Polcyn  (*Pro Hac application forthcoming*)
Matthew A. Braunel  (*Pro Hac application forthcoming*)
Jonathan G. Musch  (*Pro Hac application forthcoming*)
One US Bank Plaza
St. Louis, MO  63101
Telephone:  (314) 552-6000
Facsimile:  (314) 552-7000
Email: tpolcyn@thompsoncoburn.com
Email: mbraunel@thompsoncoburn.com
Email: jmusch@thompsoncoburn.com

Attorneys for Defendant
CRYSTAL FARMS REFRIGERATED
DISTRIBUTION COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NULAID FOODS, INC.,<br><br>              Plaintiff,<br><br>      vs.<br><br>CRYSTAL FARMS REFRIGERATED<br>DISTRIBUTION COMPANY,<br><br>              Defendant. | Case No.  2:17-CV-01591-MCE-DB<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CRYSTAL FARMS REFRIGERATED DISTRIBUTION COMPANY ("Crystal Farms") hereby provides the following information:

Crystal Farms is a wholly-owned subsidiary of MFI Holding Corp. ("MFI").  Post Holdings, Inc. (a publically traded company) has more than a ten percent (10%) interest in Crystal Farms and MFI.

/ / /

*DOWNEY BRAND LLP*

1493601.1

1

1

DATED:  August 30, 2017                    DOWNEY BRAND LLP

2

3

By:   /s/ Meghan M. Baker
                                                    MEGHAN M. BAKER
4                                                   Attorney for Defendant
                                             CRYSTAL FARMS REFRIGERATED
5                                                 DISTRIBUTION COMPANY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOWNEY BRAND LLP

1493601.1

2

CORPORATE DISCLOSURE STATEMENT & NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1