UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NULAID FOODS, INC., | No. 2:17-cv-01591-MCE-DB |
| Plaintiff, | |
| v. | **ORDER** |
| CRYSTAL FARMS REFRIGERATED DISTRIBUTION COMPANY, | |
| Defendant. | |

Presently before the Court is Plaintiff's unopposed Motion to Amend the Complaint. ECF No. 18. Good cause having been shown, that Motion is GRANTED.

IT IS SO ORDERED.

Dated: January 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1