UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NULAID FOODS, INC., | No. 2:17-cv-1591 MCE DB |
| Plaintiff, | |
| v. | ORDER |
| CRYSTAL FARMS REFRIGERATED DISTRIBUTION COMPANY, | |
| Defendant. | |

This action came before the court on June 7, 2018, for hearing of defendant's motion for a protective order. (ECF No. 36.) Attorney Michael Cronen appeared on behalf of the plaintiff. Attorney Avalon Fitzgerald appeared on behalf of the defendant.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that defendant's April 9, 2018 motion for a protective order (ECF No. 29) is denied.[1]

////

---

[1] At the June 7, 2018 hearing, counsel for defendant asked that, if denied, the motion for a protective order be denied without prejudice as to the future filing of a motion seeking a protective order. Of course, counsel for defendant may again seek a protective order, if appropriate. However, with respect to the April 9, 2018 motion addressing the two specific discovery requests at issue, the motion is denied with prejudice.

Dated: June 7, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\nulaid1591.oah.060718