Michael James Cronen, Cal. State Bar No. 131087
ZIMMERMAN & CRONEN
2930 Camino Diablo, Suite 100-C
Walnut Creek, CA 94597-3986
Telephone: (510) 465-0828
Facsimile: (510) 465-2041
E-Mail: mcronen@zimpatent.corn

Attorneys for Plaintiff
Nulaid Foods, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Nulaid Foods, Inc., | ) | Case No: 2:17-CV-1591-MCE-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED DISMISSAL AND |
| v. | ) | ORDER RETAINING JURISDICTION |
| | ) | TO ENFORCE SETTLEMENT |
| Crystal Farms Refrigerated Distribution Company, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed among the parties to this action that judgment be entered as follows:

1. The Court has jurisdiction over the parties to this action and venue in this district is proper.

2. The parties have entered into a certain Settlement Agreement and Mutual Release to resolve their dispute, the terms of which are incorporated herein, and the Court shall retain jurisdiction to enforce the terms of said Settlement Agreement and Mutual Release, without the parties filing said Settlement Agreement with the Court unless and until enforcement thereof is sought by the parties.

3. Each party hereto shall bear their own costs and attorneys fees herein.

4. This case is hereby dismissed with prejudice with the Court specifically retaining jurisdiction to enforce the terms of this Judgment under the laws of the State of California.

NULAID FOODS, INC.

Dated: 21 July 2018

By: [signature]
Its: CEO

CRYSTAL FARMS REFRIGERATED DISTRIBUTION COMPANY

Dated: 8/2/18

By: [signature]
Its: Secretary

DATED: August 21, 2018    THOMPSON COBURN LLP

By: */s/ Matthew Braunel*
MATTHEW BRAUNEL
Attorney for Defendant

DATED: August 21, 2018    ZIMMERMAN & CRONEN

By: */s/ Michael Cronen*
MICHAEL CRONEN
Attorney for Plaintiff

IT IS SO ORDERED.
Dated: August 21, 2018

[signature]
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE